**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District Of Texas
FILED

MAY 1 4 2019

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs | § Criminal Case No. 7:19-CR-859 |
| | § |
| RAMON HIRAM OLIVARES | § Proceeding: DETENTION HEARING |
| | § |
| | § Date: May 14, 2019 |

### GOVERNMENT'S EXHIBIT

| No. | DESCRIPTION | OFFERED | OBJ | ADMITTED | | DISPOSITION |
|---|---|---|---|---|---|---|
| | | | | YES | NO | |
| 1 | Wells Fargo Deposit Slip w/4 checks totaling $11,131.34 | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |