AO 435 (Rev. 04/11)
Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE: 7/23/19

| # | Field | Value |
|---|---|---|
| 1 | NAME | ANDREW SWARTZ, AUSA |
| 2 | PHONE NUMBER | (956) 618-8010 |
| 3 | DATE | 6/17/2019 |
| 4 | MAILING ADDRESS | 1701 W Hwy Bus 83, Suite #600 |
| 5 | CITY | McAllen |
| 6 | STATE | TX |
| 7 | ZIP CODE | 78501 |
| 8 | CASE NUMBER | 7:19-859 |
| 9 | JUDGE | Peter E. Ormsby |
| 10 | FROM | 5/14/2019 |
| 11 | TO | 5/14/2019 |
| 12 | CASE NAME | USA v. RAMON HIRAM OLIVARES |
| 13 | CITY | McAllen |
| 14 | STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [x] OTHER (Specify) Detention Hearing | 5/14/2019 |
| SENTENCING | | | |
| BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Andrew Swartz, AUSA
19. DATE: 6/17/2019

PROCESSED BY: RICK RODRIGUEZ
PHONE NUMBER: (956) 618-8498

TRANSCRIPT TO BE PREPARED BY: GLR

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY